UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN (DETROIT)

_____

IN RE:                                                    HON. THOMAS J. TUCKER

SAMIR J. ABDULLATIF AND NADIA ABDULLATIF,                  Case No. 22-47917-tjt

Chapter 13

                Debtors.

_____

Tricia Stewart Terry (P59522)
Marrs & Terry PLLC
Attorneys for Debtors
6553 Jackson Road
Ann Arbor, MI 48103
(734) 663-0555

Scott A. Chernich (P48893)
FOSTER, SWIFT, COLLINS & SMITH, P.C.
Attorneys for Claimant University of Michigan Credit Union
313 South Washington Square
Lansing, MI 48933
(517) 371-8133

_____

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

        Please take notice that University of Michigan Credit Union, a creditor and party-in-interest herein, hereby appears by its attorneys listed below, and pursuant to Bankruptcy Rule 2002 and 9010, requests that all notices given or required to be given in this case and all papers served or required to be served in this case be served upon the following:

        Scott A. Chernich
        FOSTER, SWIFT, COLLINS & SMITH, P.C.
        313 South Washington Square
        Lansing, MI 48933

                               FOSTER, SWIFT, COLLINS & SMITH, P.C.
                               Attorneys for Claimant University of Michigan Credit Union

Dated: November 2, 2022           By: /s/ Scott A. Chernich
                                        Scott A. Chernich (P48893)

                                        313 South Washington Square
                                        Lansing, MI 48933
                                        (517) 371-8133
                                        schernich@fosterswift.com